UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS,<br><br>　　Plaintiff<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　Defendants | Case No.: 2:21-cv-00630-APG-EJY<br><br>**Order Granting Motion to Replace Motion for Preliminary Injunction**<br><br>[ECF Nos. 9, 17] |

　　Plaintiff Jesse Ross filed a motion for preliminary injunctive relief. ECF No. 9. Thereafter, I screened the complaint and gave Ross leave to amend. ECF No. 13. Ross filed a third amended complaint, which is awaiting screening. ECF No. 14. Ross moves for leave to replace his previously filed motion for injunctive relief with a new one so that it references the proper paragraphs in the third amended complaint. ECF No. 17. I grant that motion. I deny as moot Ross's previously filed motion for injunctive relief because he has filed a new one (ECF No. 18).

　　I THEREFORE ORDER that plaintiff Jesse Ross's motion for leave of court to file a renewed motion for preliminary injunction **(ECF No. 17) is GRANTED**.

　　I FURTHER ORDER that plaintiff Jesse Ross's motion for preliminary injunction **(ECF No. 9) is DENIED as moot** because Ross has filed an updated motion for preliminary injunction.

　　DATED this 1st day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE