**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jesse Aron Ross, | Case No.: 2:21-cv-00630-APG-EJY |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | (ECF No. 66) |
| Brian Williams, et al., | |
| Defendants | |

I ORDER that plaintiff Jesse Aron Ross's motion to extend time **(ECF No. 66) is GRANTED**.  Ross's deadline to file a reply to his motion for preliminary injunction is extended to January 17, 2023.

Dated:  January 12, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE