# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jesse Aron Ross,<br><br>   Plaintiff,<br><br>v.<br><br>Brian Williams, *et al.*,<br><br>   Defendants. | 2:21-cv-00630-APG-EJY<br><br>**<u>MINUTE ORDER</u>** |
| Jesse Aron Ross,<br><br>   Plaintiff,<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>   Defendants. | 2:22-cv-00259-CDS-VCF<br><br>**<u>MINUTE ORDER</u>** |

The parties filed an emergency stipulation to continue hearing and global settlement conference. ECF Nos. 131 and 132.  This order will only address the request to continue the global settlement conference.

Accordingly, and for good cause shown,

IT IS ORDERED that the emergency stipulation to continue hearing and global settlement conference (ECF No. 131), is GRANTED.

IT IS FURTHER ORDERED that the settlement conference scheduled for **December 12, 2023, is RESCHEDULED to in-person at 11:00 AM, December 21, 2023.**

IT IS FURTHER ORDERED that the Nevada Attorney General's office will make the necessary arrangements for plaintiff Jesse Aron Ross to appear in-person at the settlement conference.

///

///

1

All else as stated in order number 120 (in case number 2:22-cv-259-CDS-VCF) remains unchanged.

DATED this 11th day of December 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE