AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9245 (phone)
(702) 486-3773 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants
Alfonso Alvarez, Charles Daniels,
Calvin Johnson, Dean Ontiveros,
Steve Sisolak, Harold Wickham,
and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS,<br><br>          Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>          Defendants. | Case No. 2:21-cv-00630-APG-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME FOR DISCOVERY AND DISPOSITVE MOTIONS** |

Plaintiff Jesse Aron Ross and Defendants Alfonso Alvarez, Charles Daniels, Calvin Johnson, Dean Ontiveros, Steve Sisolak, Harold Wickham, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree to extend the time for discovery and dispositive motions. There is good cause for this Court to grant an extension in this case. LR 26-3.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.    BACKGROUND AND RELEVANT PROCEDURAL HISTORY**

On September 12, 2023, this Court granted a motion for extension of discovery, with the current discovery deadline to be January 30, 2024 and the deadline for dispositive motions to be February 29, 2024. ECF No. 77.

Since then, the parties have participated in two different settlement conferences, one of November 28, 2023 and one on December 21, 2023. The parties were in agreement to wait until the settlement conferences were over before propounding more discovery onto each other. Since this case did not settle, the parties request an additional ninety (90) days for discovery.

## II.   STATEMENT OF GOOD CAUSE

To demonstrate good cause, the parties must show "that, even in the exercise of due diligence, [the parties were] unable to meet the timetable set forth in the order." *Cruz v. City of Anaheim*, CV1003997MMMJEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19, 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id.*

The parties in this matter are working diligently and cohesively with each other to exchange all relevant information pertaining to this matter. Since the parties agreed to not propound discovery during the time the settlement conferences were taking place, the parties lost roughly ninety (90) days of discovery. As such, the parties have stipulated and agreed to a ninety (90) day extension to complete discovery and dispositive motions.

## III.   PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY AND FILING OF DISPOSITIVE MOTIONS

The Parties propose the following schedule for completion of all remaining discovery and the filing of any dispositive motions:

- The deadline for completion of discovery will be extended to **April 29, 2024**.
- Parties will have until **March 29, 2024,** to serve all remaining written requests for discovery.
- The deadline to file any dispositive motions will be extended to **May 29, 2024**.

- The deadline to file a Joint Pre-Trial order will be extended until **June 28, 2024**, or, if dispositive motions are filed, until thirty (30) days after the entry of any order on the dispositive motions.

IV. **CONCLUSION**

Based on the foregoing, good cause exists, and the parties respectfully request that this Court extend the deadline for discovery to April 29, 2024, and extend the deadline to file any dispositive motion to May 29, 2024.

DATED this 8th day of January, 2024.

AARON D. FORD
Attorney General

/s/ Victoria C. Corey
VICTORIA C. COREY (Bar No. 16364C)
Deputy Attorney General

*Attorneys for Defendants*

DATED this 8th day of January, 2024.

JESSE ARON ROSS, #1095736
*Plaintiff, Pro Se*

**ORDER**

IT IS SO ORDERED:

DATED: January 8, 2024

_____
UNITED STATES MAGISTRATE JUDGE