UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSE ARON ROSS,<br><br>   Plaintiff,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>   Defendants. | Case No. 2:21-cv-00630-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Extend Discovery (ECF No. 97). No timely response to the Motion was filed. Under Local Rule 7-2(d), the Court may treat the failure of the opposing party to file a response to a motion as consent to grant the motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Discovery (ECF No. 97) is GRANTED.

IT IS FURTHER ORDERED that discovery is extended for 120 days with the below dates serving as the discovery deadlines.

The last day to conduct discovery is **March 13, 2025**.

The last day to file dispositive motions is **April 14, 2025**.

The last day to file a joint pretrial order is **May 12, 2025** unless dispositive motions are pending on this date in which case the due date is extended to 30 days after all dispositive motions are resolved by the Court.

No other dates appearing in the scheduling order (ECF No. 71) are extended by this Order.

DATED this 13th day of November, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1