AARON D. FORD
Attorney General
JEFFREY D. WHIPPLE (Bar No. 16346)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way Ste. 100
Las Vegas, Nevada 89119
(702) 486-3792 (phone)
(702) 486-3768 (fax)
Email: jwhipple@ag.nv.gov

*Attorneys for Defendants
Alfonso Alverez, Charles Daniels,
Calvin Johnson, Dean Ontiveros,
Steve Sisolak, Harold Wickham,
and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS, | Case No. 2:21-cv-00630-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| BRIAN WILLIAMS, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Jesse Aron Ross, pro se, and Defendants Alfonso Alverez, Charles, Daniels, Calvin Johnson, Dean Ontiveros, Steve Sisolak, Harold Wickman, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Jeffrey D. Whipple, Deputy Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

The Parties have resolved this matter in its entirety, the terms of the agreement have been satisfied, and the parties agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 7th day of May, 2025.

DATED this 7th day of May, 2025

AARON D. FORD
Attorney General

By: *Jesse F Ross*
JESSE ARON ROSS #1095756
Plaintiff

By: /s/ *Jeffrey D. Whipple*
JEFFREY D. WHIPPLE (Bar No. 16346)
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____May 19_____, 2025.

_____
UNITED STATES DISTRICT JUDGE